NORDLINGER, Respondent, *v.* LEVINE, Appellant.

(*Common Pleas of New York City and County, General Term.* March 7, 1892.)

Motion by defendant for reargument.   Denied.

For decision on appeal, see 16 N. Y. Supp. 955, *mem.*

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

*Goodhart & Phillips,* for the motion.   *Guggenheimer & Untermyer,* opposed.

PER CURIAM.   The application is too late.   By the settled practice of the court a motion for a reargument will not be entertained unless presented, at furthest, to the term next succeeding that at which the appeal was decided. Independently, however, of this formal objection, the motion is without merit.   Reargument denied, with costs.

---

PEOPLE *ex rel.* WARD, Appellant, *v.* PURROY *et al.,* Fire Commissioners, Respondents.

(*Common Pleas of New York City and County, General Term.* March 7, 1892.)

Motion by relator (appellant) for reargument.   Denied.

For decision on *certiorari,* see 16 N. Y. Supp. 954, *mem.*

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

*L. J. Grant,* for relator.   *Wm. L. Findley,* for respondents.

PER CURIAM.   To entitle appellant to reargument of the appeal herein, it must be made to appear that some question, decisive of the case, and which was presented by counsel upon the argument, has been overlooked by the court, or that the decision is inconsistent with some statute, or with a controlling decision, to which the attention of the court was not drawn through the neglect or inadvertence of counsel, (rule 16 of the general term of this court;) and, as there is not even a pretense that either of the foregoing grounds exists, this motion must be denied.   Motion for reargument denied, with $10 costs.